

William J. Schloth, U. S. Atty., Charles T. Erion, J. Reese Franklin, Asst. U. S. Attys., Macon, Ga., for plaintiff-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Lennard Coley was convicted of the unlawful possession of equipment intended for use in violation of the Internal Revenue Code. He complains only of the denial of his motion to suppress certain evidence. We find no error and the judgment of the District Court is due to be affirmed pursuant to the terms of our Local Rule 21.[1]

Affirmed.

James Robert Ray, pro se.

John W. Stokes, Jr., U. S. Atty., E. Ray Taylor, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**James Robert RAY, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 71–2640**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 17, 1971.

In the Matter of **METER MAID INDUS-TRIES, INC., et al., Bankrupt.**

**NATIONAL INDUSTRIAL BANK OF MIAMI, Appellant,**

v.

**Edward H. LEVIN, as Trustee for Meter Maid Industries, Inc., et al., Appellee.**

**No. 71–2532**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 17, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

*Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.